### SLOAN *v.* SLOAN.

HILL, J.  1. There was no error in overruling the demurrer to the petition and amended petition in this case.

2. No error of law appears on the trial of the case; and the evidence is amply sufficient to support the verdict.

*Judgment affirmed.   All the Justices concur.*<br>MAY 15, 1912.

Complaint for land.   Before Judge Rawlings.   Jenkins superior court.   June 21, 1911.

*E. L. Brinson* and *W. Woodrum,* for plaintiff in error.
*William H. Fleming,* contra.